IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMMA J. YORK,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 16-cv-00679-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

    IT IS HEREBY **ORDERED AND ADJUDGED** that petitioner Emma J. York's motion (Doc. 1) to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is **denied** and that judgment is entered in favor of respondent **United States of America** and against petitioner **Emma J. York**, and that this case is dismissed with prejudice.

**DATED:**  6/29/2016                        JUSTINE FLANAGAN, Acting Clerk of Court

                                                                  *s/Tina Gray*
                                                                  Deputy Clerk

**Approved:**     *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**